Vivek Suri, Esq.
Attorneys for Defendants
267 Fifth Avenue
Suite 1000
New York, NY 10016
T: 212.537.6936
F: 646.356.6914
E: lawyer@surilawoffice.com

| | |
|---|---|
| UNITED STATES DISTRIC COURT<br>EASTERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------------X<br>DANIEL PINA MACEDO<br><br>                            Plaintiff(s)<br>-v-<br><br>ABBG BAGELS, INC. D/B/A CONEY ISLAND<br>BAGELS, GURBINDER SINGH AND ANKUSH<br>SAINI A/K/A JOHN SAINI<br>                            Defendants(s),<br>-------------------------------------------------------------------X | DOCKET # 7078-21 (PKC) (RML)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the defendants ABBG BAGELS, INC. D/B/A CONEY ISLAND BAGELS, GURBINDER SINGH AND ANKUSH SAINI A/K/A JOHN SAINI, appear in this action and Vivek Suri, Esq., is the attorney for the defendants.

      PLEASE TAKE NOTICE that the defendants requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given, and served upon Vivek Suri at the offices, addresses and telephone numbers set forth below.

Vivek Suri, Esq.
Attorney for Defendants
267 Fifth Avenue
Suite 1000
New York, NY 10016
T: 212.537.6936
F: 646.356.6914
E: lawyer@surilawoffice.com

Dated:  New York, New York
         January 18, 2022

/s/ Vivek Suri
Vivek Suri, Esq.

To:     All Parties via ECF